IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| CONTRELL PLUMMER | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 08 C 1885 |
| | ) | |
| DONALD HULICK, Warden, | ) | |
| Menard Correctional Center, | ) | The Honorable |
| | ) | Joan H. Lefkow |
| Respondent. | ) | Judge Presiding. |

_____

## MOTION FOR EXTENSION OF TIME

The named Respondent, DONALD HULICK, by his attorney, LISA MADIGAN, Attorney General of the State of Illinois, respectfully moves this Honorable Court for a thirty (30) day extension of time from May 5, 2008, to and until June 4, 2008, in which to file a response to this cause.

An affidavit in support of this motion is attached hereto.

                                                   LISA MADIGAN
                                                   Attorney General of Illinois

BY:    s/ Eric W. Truett
          ERIC W. TRUETT, Bar No. 6291213
          Assistant Attorney General
          100 West Randolph Street, 12th Floor
          Chicago, Illinois  60601
          TELEPHONE:  (312) 814-4864
          FAX:  (312) 814-2253
          E-MAIL: etruett@atg.state.il.us

STATE OF ILLINOIS )
)SS.
COUNTY OF COOK )

A F F I D A V I T

     ERIC W. TRUETT, being first duly sworn upon oath, deposes and states as follows:

1. That I am the Assistant Attorney General assigned to represent the Respondent in this matter.

2. That the answer to the instant petition is due to be filed on or before May 5, 2008.

3. That Respondent has requested but not yet obtained the relevant portions of the common law record and the record of proceedings from Cook County and the Illinois Appellate Court, First District.

4. That Respondent is unable to file an Answer without the aforementioned records.

5. That this is Respondent's first request for an extension of time in this matter and Respondent is asking for thirty days.

6. That this motion is made in good faith and not for purpose of delay.

     FURTHER AFFIANT SAYETH NOT.

                                                             By: s/Eric W. Truett
                                                              ERIC W. TRUETT

SUBSCRIBED and SWORN to before
me this 22nd day of April, 2008.

CERTIFICATE OF SERVICE

     I hereby certify than on April 22, 2008, I electronically filed respondent's **MOTION FOR EXTENSION OF TIME** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and I hereby certify that on that same day, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Contrell Plummer
B14235
P.O. Box 711
Menard, IL 62259-0711

                              Respectfully submitted,

                              Lisa Madigan
                              Attorney General of Illinois

     By:   s/Eric W. Truett
              Eric W. Truett, Bar # 6291213
              Assistant Attorney General
              100 W. Randolph Street, 12th Floor
              Chicago, Illinois 60601
              PHONE: (312) 814-4684
              FAX: (312) 814-2253
              E-MAIL: etruett@atg.state.il.us