IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONTRELL PLUMMER | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 08 C 1885 |
| | ) | |
| DONALD HULICK, Warden, | ) | The Honorable |
| Menard Correctional Center, | ) | Joan H. Lefkow |
| | ) | Judge Presiding. |
| Respondent. | ) | |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on April 29, 2008 at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan H. Lefkow or any judge sitting in her stead, in the courtroom occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and present the attached **MOTION FOR EXTENSION OF TIME**.

                              Respectfully submitted,

                              Lisa Madigan
                              Attorney General of Illinois

                    By:  s/Eric W. Truett
                              Eric W. Truett, Bar # 6291213
                              Assistant Attorney General
                              100 W. Randolph Street, 12th Floor
                              Chicago, Illinois 60601
                              Phone: (312) 814-4684
                              Fax: (312) 814-2253
                              E-Mail: etruett@atg.state.il.us

CERTIFICATE OF SERVICE

      I hereby certify than on April 22, 2008, I electronically filed respondent's **NOTICE OF MOTION FOR EXTENSION OF TIME** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and I hereby certify that on that same day, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Contrell Plummer
B14235
P.O. Box 711
Menard, IL 62259-0711

                                   Respectfully submitted,

                                   Lisa Madigan
                                   Attorney General of Illinois

                 By:   s/Eric W. Truett
                        Eric W. Truett, Bar # 6291213
                        Assistant Attorney General
                        100 W. Randolph Street, 12th Floor
                        Chicago, Illinois 60601
                        Phone: (312) 814-4684
                        Fax: (312) 814-2253
                        E-Mail: etruett@atg.state.il.us