CA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  RECEIVED  ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name) ATTORNEY GENERAL  Date of Delivery APR 07 2008 |
| 1. Article Addressed to:<br><br>Chief of Criminal Appeals<br>Illinois Attorney General's Office,<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>OFFICE SRVCS<br>MAILROOM<br>08 CV 1885 |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 9700 8842 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154

FILED
APR 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT