IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONTRELL PLUMMER | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 08 C 1885 |
| | ) | |
| DONALD HULICK, Warden, | ) | The Honorable |
| Menard Correctional Center, | ) | Joan H. Lefkow |
| | ) | Judge Presiding. |
| Respondent. | ) | |

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that on June 12, 2008 at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan H. Lefkow or any judge sitting in her stead, in the courtroom occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and present the attached **MOTION TO DISMISS**.

          Respectfully submitted,

          Lisa Madigan
          Attorney General of Illinois

       By: s/Eric W. Truett
          Eric W. Truett, Bar # 6291213
          Assistant Attorney General
          100 W. Randolph Street, 12th Floor
          Chicago, Illinois 60601
          Phone: (312) 814-4684
          Fax: (312) 814-2253
          E-Mail: etruett@atg.state.il.us

CERTIFICATE OF SERVICE

      I hereby certify than on June 3, 2008, I electronically filed respondent's **NOTICE OF MOTION TO DISMISS** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and I hereby certify that on that same day, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Contrell Plummer
B14235
P.O. Box 711
Menard, IL 62259-0711

                                      Respectfully submitted,

                                      Lisa Madigan
                                      Attorney General of Illinois

By:   s/Eric W. Truett
        Eric W. Truett, Bar # 6291213
        Assistant Attorney General
        100 W. Randolph Street, 12th Floor
        Chicago, Illinois 60601
        Phone: (312) 814-4684
        Fax: (312) 814-2253
        E-Mail: etruett@atg.state.il.us