# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1885 | **DATE** | 6/12/2008 |
| **CASE TITLE** |  | Plummer vs. Hulick | |

**DOCKET ENTRY TEXT**

Petitioner's response to respondent's motion [14] to dismiss and deny petitioner's motion for summary judgment is due by 8/12/2008; reply is due by 8/26/2008; ruling will issue by mail.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|