## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1885 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Contrell Plummer vs. Donald A. Hulick | | |

**DOCKET ENTRY TEXT**

Petitioner Contrell Plummer's motion for summary judgment [13] is denied.  Petitioner is given until August 4, 2008 to respond to the respondent Warden Hulick's motion to dismiss the petition [14]. The motion of respondent to deny motion for summary judgment is moot.

■[ For further details see text below.]    Notices mailed by Judicial staff.

**STATEMENT**

   Contrell Plummer, petitioner, has moved for summary judgment on the basis that due process requires it.  He correctly avers that as a petitioner for habeas corpus he is under strict time limitations, yet, respondent Warden Hulick has failed to respond to the motion on a timely basis. He asserts that the respondent's motion [#9]  for an extension of time to file a response until June 4, 2008 remains pending; thus, respondent has violated the order [#6] to file by May 5, 2008.  In fact, the motion for extension of time was granted on April 29, 2008 [#12].  The respondent filed a motion to dismiss the petition and to deny summary judgment on June 3, 2008.  The motion to dismiss is not untimely filed.  Therefore, the motion for summary judgment is denied.